# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANTONIO LEBARON MELTON,**

    Petitioner,

vs.                                         **CASE NO. 3:06cv384/RS**

**WILLIAM MCDONOUGH, et al.,**

    Respondents.

_____ /

## ORDER

In this consolidated case, the Parties are reminded that all filings relating to both 1:08cv34 and 3:06cv384 shall be filed in case number **3:06-cv-384 only.**

In 1:08cv34 Respondent filed a Motion to Lift stay (1:08cv34, Doc. 25) which was granted (1:08cv34, Doc. 26). Because the motion and subsequent ruling was inadvertently filed in the subordinate case, my Order (1:08cv34, Doc. 26) is **vacated.**

The clerk is directed to enter this Order on the dockets for case number 1:08cv34-RS and case number 3:06cv384-RS.

**ORDERED** on March 22, 2011

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**