## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ANTONIO LEBARON MELTON,**

      **Petitioner,**

**vs.**                               **CASE NO. 3:06cv384/RS**

**WILLIAM MCDONOUGH, et al.,**

      **Respondents.**

_____ /

## ORDER

In the related case, 1:08cv34/RS, a Motion was filed to lift the stay (*See* 1:08cv34/RS, Doc. 23). That motion is denied because it was incorrectly filed in the subordinate case. Should the party seek consideration of that motion, it must be re-filed in this case.

The clerk is directed to enter this Order on the dockets for case number 1:08cv34-RS and case number 3:06cv384-RS.

**ORDERED** on August 25, 2011.

                                 /S/ Richard Smoak
                                 **RICHARD SMOAK**
                                 **UNITED STATES DISTRICT JUDGE**